AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of California

TAMIKA MCLEMORE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

TEXTMUNICATION, INC., a California corporation,

*Defendant(s)*

Civil Action No. 3:17-cv-02180-SK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TEXTMUNICATION, INC.
1940 Contra Costa Blvd.
Pleasant Hill, Ca 94523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven L. Weinstein
P.O. Box 27414
Oakland, Ca 94602
Telephone: (510) 336-2181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: April 19, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02180-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)* 04-24-2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* WAIS ASEFI, CEO , who is
designated by law to accept service of process on behalf of *(name of organization)*
TEXTMUNICATION, INC. on *(date)* 04-25-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 93.50

I declare under penalty of perjury that this information is true.

Date: 04-26-17

*Server's signature*

SEE ATTACHED FOR PROPER
CALIFORNIA NOTARY
ACKNOWLEDGEMENT

*Printed name and title*

J. CARSON, CONTRA COSTA #748

*Server's address*

Additional information regarding attempted service, etc:

**CARSON ATTORNEY SERVICE**
**POST OFFICE BOX 4910**
**WALNUT CREEK, CA 94596**

# CALIFORNIA ALL PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA  }

COUNTY OF Contra Costa  }

On 04/26/2017 before me, SHAHROKH SHAMLOO, Notary Public,
  Date                                  (here insert name and title of the officer)

personally appeared J. Carson

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: SHAHROKH SHAMLOO, COMM. # 2088816, NOTARY PUBLIC-CALIFORNIA, CONTRA COSTA COUNTY, My Comm. Expires DEC. 02, 2018]

Signature: Shahrokh Shamloo  (Seal)

_____ OPTIONAL _____

Description of Attached Document

Title or Type of Document: Affidavit        Number of Pages: 1

Document Date: 04/26/2017   Other: _____

2015 Apostille Service. 707-992-5551 www.CaliforniaApostille.us    California Mobile Notary Network  www.CAMNN.com